UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 22 2025
at 1 o'clock and 38 min. P M
Lucy H. Carrillo, Clerk AB

UNITED STATES OF AMERICA )   CASE NUMBER 25-cr-00006-JMS
                         )
                         )
         vs              )   ABSTRACT OF RELEASE
                         )
Carlos Frate             )
                         )
                         )
_____    )

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __1/22/2025__ the Court entered the following order:

✓ Defendant to be released from custody forthwith

  ✓ Released to / continued on pretrial release

  ___ Sentenced to time served

  ___ Case Dismissed

  ___ Released to / continued on supervised probation / unsupervised probation

  ___ Released to / continued on supervised release

___ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

___ Bench warrant recalled

___ Other: _____

Lucy H. Carrillo
~~Sue Beitia~~, Clerk of Court

by: A.B.    Deputy Clerk